500

Submitted on briefs April 21, affirmed June 9, 1972

STATE OF OREGON, *Respondent, v.*
ROBERT M. ROWE, *Appellant.*

497 P2d 1230

Laird Kirkpatrick and Ira Blatt, Legal Aid Service, Portland, for appellant.

Lee Johnson, Attorney General, and John H. Clough, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

The state concedes that the trial court did not cause a record to be made of the proceedings which led to an order adjudging Robert Rowe a mentally ill person and ordering him committed to the state hospital. The state also concedes that this was error in view of ORS 426.160 which provides:

> "The judge shall cause to be recorded in the court records a full account of proceedings had at the hearing and examination * * *."

Reversed and remanded.